IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Namowicz, Louis Anthony

Printed: 5/20/08

Case Number: 05 B 07620
Judge: Wedoff, Eugene R
Filed: 3/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 16, 2008
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 37,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 34,234.52 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,865.48 |
| Other Funds: |  | 0.00 |
| Totals: | 37,800.00 | 37,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | US Bank | Unsecured | 13,088.76 | 14,109.75 |
| 3. | US Bank | Unsecured | 6,908.21 | 7,447.09 |
| 4. | Resurgent Capital Services | Unsecured | 2,005.92 | 2,162.34 |
| 5. | Resurgent Capital Services | Unsecured | 9,754.43 | 10,515.34 |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,457.32 | $ 35,934.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 65.63 |
| 3% | 139.77 |
| 5.5% | 519.75 |
| 5% | 157.51 |
| 4.8% | 302.39 |
| 5.4% | 680.43 |
|  | _____ |
|  | $ 1,865.48 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Namowicz, Louis Anthony

Printed:  5/20/08

Case Number:  05 B 07620
Judge:  Wedoff, Eugene R
Filed:  3/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

